IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | |
|---|---|
| DERRICK S. GALVIN<br>ADC # 163461 | PLAINTIFF |
| v. Case No. 5:19-cv-00075-KGB-BD | |
| BRANDON CARROLL, *et al.* | DEFENDANTS |

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff Derrick S. Galvin's complaint and amended complaint are dismissed without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith. Dismissal of this action counts as a "strike" within the meaning of 28 U.S.C. § 1915(g).

It is so adjudged this 12th of July, 2019.

_____
Kristine G. Baker
United States District Judge